B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Full Circle Dairy, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-0442707** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1479 SE Winquepin Street**<br>**Lee, FL**<br>ZIP Code **32059** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Madison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Full Circle Dairy, LLC** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Full Circle Dairy, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Robert Wilcox**
Signature of Attorney for Debtor(s)

**Robert Wilcox 0755168**
Printed Name of Attorney for Debtor(s)

**Brennan, Manna & Diamond**
Firm Name

**800 West Monroe St.**
**Jacksonville, FL 32202**
_____
Address

rdwilcox@bmdpl.com, flfalana@bmdpl.com, sahodgman@bmdpl.com
**1-904-366-1500  Fax: 1-904-366-1501**
Telephone Number

**August  9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gregory N. Watts**
Signature of Authorized Individual

**Gregory N. Watts**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**August  9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Full Circle Dairy, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Calvin Bell-Hay Roll Account**<br>**527 N.W. CR 270**<br>**Mayo, FL 32066** | **Calvin Bell-Hay Roll Account**<br>**527 N.W. CR 270**<br>**Mayo, FL 32066** | **Feed Supplies** | **Disputed** | **83,000.00** |
| **Crop Production Services**<br>**P.O. Box 118**<br>**Moultrie, GA 31768** | **Crop Production Services**<br>**P.O. Box 118**<br>**Moultrie, GA 31768** | **Seed and chemical fertilizer supplies** | | **122,344.70** |
| **Dairy Decisions Consulting**<br>**3533 E Stewart Ct.**<br>**Visalia, CA 93292** | **Dairy Decisions Consulting**<br>**3533 E Stewart Ct.**<br>**Visalia, CA 93292** | **Consulting services** | | **50,248.91** |
| **David Kelbert**<br>**P.O. Box 1359**<br>**Saint Augustine, FL 32085** | **David Kelbert**<br>**P.O. Box 1359**<br>**Saint Augustine, FL 32085** | **Veterinary services, $52,210.20 Fee $97,279.00** | | **149,489.20** |
| **Durant & Schoeppel, PA**<br>**6550 St. Augustine Rd.**<br>**Jacksonville, FL 32217** | **Durant & Schoeppel, PA**<br>**6550 St. Augustine Rd.**<br>**Jacksonville, FL 32217** | **legal services** | | **80,255.90** |
| **Elanco Animal Health**<br>**21620 Network Place**<br>**Chicago, IL 60673** | **Elanco Animal Health**<br>**21620 Network Place**<br>**Chicago, IL 60673** | **Animal Health services** | | **131,858.15** |
| **Farm Credit Leasing Services**<br>**109 Farm Credit Drive**<br>**Chambersburg, PA 17201** | **Farm Credit Leasing Services**<br>**109 Farm Credit Drive**<br>**Chambersburg, PA 17201** | **Nutrient control system/manure treatment system & McClanahan Sand Seperator System and ancillary equipment Location: 1479 SE Winquepin Street, Lee FL** | | **175,771.00**<br><br>**(105,000.00 secured)** |
| **Gregory Watts**<br>**1479 SE Winquepin Street**<br>**Lee, FL 32059** | **Gregory Watts**<br>**1479 SE Winquepin Street**<br>**Lee, FL 32059** | **Debtor's business expenses on personal credit card** | | **86,043.00** |
| **Haufler Farms**<br>**1901 N.W. 57th**<br>**Gainesville, FL 32607** | **Haufler Farms**<br>**1901 N.W. 57th**<br>**Gainesville, FL 32607** | **Harvesting Supplies** | | **212,514.11** |

B4 (Official Form 4) (12/07) - Cont.

In re **Full Circle Dairy, LLC**        Case No. _____

           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | 2009 Payroll Taxes (941) | | 159,679.00 |
| James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607 | James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607 | Accounting services | | 51,739.63 |
| Joe Riggs<br>P.O. Box 607<br>Paisley, FL 32767 | Joe Riggs<br>P.O. Box 607<br>Paisley, FL 32767 | Loan | | 50,866.14 |
| Lakeland Animal Nutrition<br>P.O. Box 1608<br>Eaton Park, FL 33840 | Lakeland Animal Nutrition<br>P.O. Box 1608<br>Eaton Park, FL 33840 | Feed Supplier | | 125,055.55 |
| Meherrin<br>1084 N. Pine St.<br>Coolidge, GA 31738 | Meherrin<br>1084 N. Pine St.<br>Coolidge, GA 31738 | Seed, Farming Supplies | | 116,821.95 |
| Scoular FCD<br>1800 2nd Street Suite 802<br>Sarasota, FL 34236 | Scoular FCD<br>1800 2nd Street Suite 802<br>Sarasota, FL 34236 | Feed Supplies | | 350,551.28 |
| Swiss Haven Dairy, LLC<br>1479 SE Winquepin Street<br>Lee, FL 32059 | Swiss Haven Dairy, LLC<br>1479 SE Winquepin Street<br>Lee, FL 32059 | Fee for cash collateral pledge | | 90,724.01 |
| Tri-County Electric Coop.<br>P.O. Box 208<br>Madison, FL 32341 | Tri-County Electric Coop.<br>P.O. Box 208<br>Madison, FL 32341 | Utility Service | | 216,612.58 |
| W-S Southeast FCD Supplies<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | W-S Southeast FCD Supplies<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | Dairy Supplies | | 224,291.06 |
| W-S Southeast FCD Supplies<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | W-S Southeast FCD Supplies<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | Repayment agreement | | 53,765.77 |
| Walco International<br>P.O. Box 298<br>Mayo, FL 32066 | Walco International<br>P.O. Box 298<br>Mayo, FL 32066 | Animal Health Supplies | | 79,831.61 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 9, 2010**        Signature **/s/ Gregory N. Watts**
                                                                        **Gregory N. Watts**
                                                                         **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Full Circle Dairy, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 9, 2010**

**/s/ Gregory N. Watts**  
**Gregory N. Watts**/**Manager**  
Signer/Title

Full Circle Dairy, LLC
1479 SE Winquepin Street
Lee, FL 32059

Ben's Towing & Diesel Repair
614 E. Base S.
Madison, FL 32340

Coastal Leasing, Inc.
P.O. Box 6214
Indianapolis, IN 46206

Robert Wilcox
Brennan, Manna & Diamond
800 West Monroe St.
Jacksonville, FL 32202

Bernie Haskins Company
P.O. Box 1330
Alachua, FL 32616

Crop Production Services
P.O. Box 118
Moultrie, GA 31768

ABS Global, Inc.
22144 Network Place
Chicago, IL 60673

Black Gold, LLC
8183 E. County Rd. 466
Oxford, FL 34484

Dairy Decisions Consulting
3533 E Stewart Ct.
Visalia, CA 93292

Accelerated Genetics
E10890 Penny Lane
Baraboo, WI 53913

Blue Rok, Inc
4010 Olan Davis Road
Perry, FL 32347

Dairy Enterprise Services
1644 Southwood Drive
Ashland, OH 44805

ADM Alliance Nutrition, Inc.
1000 N. 30th Street
Quincy, IL 62301

Boston Tractor Co., Inc.
P.O. Box 8
Dixie, GA 31629

Dairy Farmers of America
10411 Cogdill Rd.
Knoxville, TN 37932

Ag Finance Solutions
P.O. Box 7005
Albert Lea, MN 56007

Calvin Bell-Hay Roll Account
527 N.W. CR 270
Mayo, FL 32066

Damascus Peanut Company
P.O. Box 526
Arlington, GA 39813

Agco Finance
P.O. Box 9263
Des Moines, IA 50306

Cargill, Inc.
P.O. Box 9300
Minneapolis, MN 55440

David Kelbert
P.O. Box 1359
Saint Augustine, FL 32085

Axis Capital, Inc.
P.O. Box 644006
Cincinnati, OH 45264

Central States Alfalfa
P.O. Box 88
Lyons, KS 67554

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197

Baker Brothers Services, LLC
15326 104th Street
Live Oak, FL 32060

Chucks Mobile Machine Repair
c/o Dye Law Firm, PA
P.O. Box 4148
Tallahassee, FL 32315

Denise Dell-Powell, Esq.
Burr Forman LLP
450 South Orange Ave.
CNL Center 1, Suite 200
Orlando, FL 32801

Diagnostic Center Population
P.O. Box 30076
Lansing, MI 48909

FirstLease, Inc.
185 Commerce Drive. Unit 102
Fort Washington, PA 19034

Hall's Tire & Muffler Center
P.O. Box 1102
Madison, FL 32340

Donnalee Watts
1479 SE Winquepin Street
Lee, FL 32059

Florida Department of Revene
5050 W. Tennessee St.
Tallahassee, FL 32399

Haufler Farms
1901 N.W. 57th
Gainesville, FL 32607

Durant & Schoeppel, PA
6550 St. Augustine Rd.
Jacksonville, FL 32217

Frances C. Ginn
Madison County Tax Collector
229 S.W. Pinckney Street
Madison, FL 32340

Henry Terry
423 SE Gunpowder Ave.
Madison, FL 32340

Elanco Animal Health
21620 Network Place
Chicago, IL 60673

Furst-Mcness Co.
P.O. Box 168
Wellborn, FL 32094

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Estate of Johnny Owens
9782 GA Hwy 112
Rochelle, GA 31079

Genex
P.O. Box 469
Shawano, WI 54166

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Evans National Leasing
1 Grimsby Dr.
Hamburg, NY 14075

Gordon Tractor, Inc.
P.O. Box 507
Madison, FL 32341

Jackson Farms
15726 County Rd. 250
Live Oak, FL 32060

Farm Credit Leasing Services
109 Farm Credit Drive
Chambersburg, PA 17201

Great Am. Insurance Co.
c/o Lassiter-Ware Ins.
1317 Citizens Blvd.
Leesburg, FL 34748

James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607

Farm Plan
P.O. Box 650215
Dallas, TX 75265

Gregory Watts
1479 SE Winquepin Street
Lee, FL 32059

Jim Becker
W4969 Greenbush Rd
Monroe, WI 53566

Farmers Cooperative, Inc.
P.O. Box 390
Madison, FL 32341

Griffin & Mathews
1155 Dairy Ashford, #300
Houston, TX 77079

Jim Hinton Oil, Inc.
P.O. Box 39
Live Oak, FL 32064

| | | |
|---|---|---|
| Joe Riggs<br>P.O. Box 607<br>Paisley, FL 32767 | Lauren AgriSystem<br>2162 Reiser Ave.<br>New Philadelphia, OH 44663 | Matthew Eutzler<br>Moore, Clark et al.<br>2805 North Oak Street, #A<br>Valdosta, GA 31602 |
| John Deere Credit<br>P.O. Box 650215<br>Dallas, TX 75265 | Leaf Funding Inc.<br>P. O. Box 60607<br>Santa Barbara, CA 93160-0607 | McNeil Plumbing<br>3505 N. Monroe St.<br>Tallahassee, FL 32303 |
| John Deere Credit<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA 50131 | Linder Industrial Machinery<br>P.O. Box 317035<br>Orlando, FL 32891 | Meherrin<br>1084 N. Pine St.<br>Coolidge, GA 31738 |
| Johnson & Johnson, Inc.<br>P.O. Box 157<br>Madison, FL 32341 | Loewen Welding<br>P.O. Box 66<br>Tampa, FL 33655 | Michael Blesy<br>1479 SE Winquepin St.<br>Lee, FL 32059 |
| Komatsu Financial<br>P.O. Box 99303<br>Chicago, IL 60693 | Louis Radnothy<br>P.O. Box 2468<br>Umatilla, FL 32784 | Michael Blesy II<br>1479 SE Winquepin St.<br>Lee, FL 32059 |
| Kuhn Knight, Inc.<br>P.O. Box 88398<br>Milwaukee, WI 53288 | Madison Auto & Tractor Parts<br>253 S. Duval Ave.<br>Madison, FL 32340 | Michael Blesy, Jr.<br>1479 SE Winquepin St.<br>Lee, FL 32059 |
| Labor Finders<br>P.O. Box 271508<br>Tampa, FL 33688 | Manifest Funding Services<br>P.O. Box 6029<br>Saint Louis, MO 63179 | Michael Blesy, Sr.<br>1479 SE Winquepin Street<br>Lee, FL 32059 |
| Lakeland Animal Nutrition<br>P.O. Box 1608<br>Eaton Park, FL 33840 | Marvin Hoekema<br>3533 E. Stewart Circle<br>Visalia, CA 93292 | Michael Holloway<br>8440 S.E. 16th Terrace<br>Live Oak, FL 32060 |
| Larsen Farm<br>1925 NE 15th Ave.<br>Ocala, FL 34470 | Mastitis Prevention Equip.<br>2010 Bennett Ave<br>Burley, ID 83318 | Michigan Sidewalls<br>13225 108th Street<br>Freeport, MI 49325 |

Miller/Whitehead Hardware Co
P.O. Box 1629
Valdosta, GA 31603

Power Pro-Tech Service
240 Circle Drive
Maitland, FL 32751

Singletary Farms
1569 NW County Road 250
Mayo, FL 32066

Norman Watts
1479 SE Winquepin Street
Lee, FL 32059

Puget Sound Leasing
P.O. Box 1295
Issaquah, WA 98027

Southern Silage
21944 Southwind Rd.
Andalusia, AL 36421

Norman Watts
255 NE County Road
Lee, FL 32059

RingPower
P.O. Box 935004
Atlanta, GA 31193

Steve Cunningham
1843 Sainville
Manchester, TN 37355

Nutrient Controls Sys. Inc.
4755 Innovation Way
Chambersburg, PA 17201

Riverside Nat'l Bank of Fla.
P.O. Box 400
Fort Pierce, FL 34954

Suntrust Bank, Inc.
P.O. Box 2806
Orlando, FL 32802

Ocean Bank
780 N.W. 42nd Avenue
Miami, FL 33126

Robert J. Tefler III
Messer, Caparello et al.
P.O. Box 15579
Tallahassee, FL 32317

Suwannee Equipment
3869 U.S. 129
Live Oak, FL 32060

Packerland Whey Prods., Inc.
407 Fourth Street
Luxemburg, WI 54217

Sanimax Marketing, Inc.
39379 Treasury Center
Chicago, IL 60694

Suwannee Equipment, LLC
3869 U.S. Highway 129 North
Live Oak, FL 32060

PBCC
P.O. Box 856460
Louisville, KY 40285

Scoular FCD
1800 2nd Street Suite 802
Sarasota, FL 34236

Swiss Haven Dairy, LLC
1479 SE Winquepin Street
Lee, FL 32059

Pentech Financial
P.O. Box 790247
Saint Louis, MO 63179

Select Sire
P.O. Box 370
Rocky Mount, VA 24151

Tennessee Commerce Bank
381 Mallory Station Rd.
Suite 207
Franklin, TN 37067

Pinnacle Business Finance
5407 12th Street East
Suite A
Tacoma, WA 98424

Shenandoah Dairy
16540 68th Place
Lee, FL 32059

Teresa Riggs
P.O. Box 607
Paisley, FL 32767

Todd Watson
12276 San Jose Blvd.
Suite 721
Jacksonville, FL 32223

Western Hay Company
925 West 24th Street
Ogden, UT 84401

Tri-County Electric Coop.
P.O. Box 208
Madison, FL 32341

Will Sims
6014 Old Dawson Road
Fitzgerald, GA 31750

United Rentals
1824 S. Patterson St.
Valdosta, GA 31601

University Of Minnesota
1333 Gortner Ave.
Saint Paul, MN 55108

W-S Southeast FCD Supplies
6551 Broadway Ave.
Jacksonville, FL 32254

W.B. Howland
P.O. Box 700
Live Oak, FL 32064

Walco International
P.O. Box 298
Mayo, FL 32066

Warner-Harrell Plant. LLC
14744 40th Street
Live Oak, FL 32060

Warren Watts
122 Penacook St.
Concord, NH 03301

# United States Bankruptcy Court
## Middle District of Florida

In re   **Full Circle Dairy, LLC**                                         Case No.
                                    Debtor(s)                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Full Circle Dairy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blesy Dairy, LLC**
**1479 SE Winquepin Street**
**Lee, FL 32059**

**Swiss Haven Dairy, LLC**
**1479 SE Winquepin Street**
**Lee, FL 32059**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August  9, 2010** | **/s/ Robert Wilcox** |
| Date | **Robert Wilcox 0755168** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Full Circle Dairy, LLC** |
| | **Brennan, Manna & Diamond** |
| | **800 West Monroe St.** |
| | **Jacksonville, FL 32202** |
| | **1-904-366-1500 Fax:1-904-366-1501** |
| | **rdwilcox@bmdpl.com, flfalana@bmdpl.com, sahodgman@bmdpl.com** |