**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

FULL CIRCLE DAIRY, LLC,

    Debtor.

Case No.: 3:10-BK-6895-JAF

Chapter 11

## CASE MANAGEMENT SUMMARY

Full Circle Dairy, LLC ("Full Circle" or "Debtor"), debtor-in-possession, through its proposed attorneys, respectfully submits the following Case Management Summary.

1. <u>Description of the debtor's business</u>.

The Debtor operates a dairy farm in Lee, Florida.

2. <u>Location of the debtor's operations and whether leased or owned</u>.

The Debtor's operations are located at 1479 SE Winquepin Street, Lee, Florida and Debtor owns the property, including the dairy facility complex. It leases with an option to purchase an adjoining tract of approximately 1100 acres.

3. <u>Reasons for filing Chapter 11</u>.

The Debtor has suffered from the general downturn in the economy and a long-term decrease in milk prices, and is unable to pay all of its secured and unsecured debts as they become due. It lacks a sufficient number of livestock to generate enough income to pay both its unsecured creditors and Suntrust Bank, its primary secured creditor.

4. <u>List of officers, directors and insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing</u>.

    Gregory A. Watts, Manager, salary $80,320.00. No benefits except vehicle use allowance.
    Michael Blesy II, Manager, salary $70,320.00. No benefits except vehicle use allowance.
    Michael Blesy, Sr., salary $ 60,465.00. No benefits.

5. <u>Debtor's annual gross revenues</u>.

Debtor's annual gross revenue for 2009 was $12,725,760.00, and its gross year-to-date revenue through July 31, 2010 is $6,169,467.00.

6. Amounts owed to various classes of creditors.

   a. Obligations owed to priority creditors such as governmental creditors for taxes.

   Approximately $170,000.00.

   b. Identity, collateral, and amounts owed to secured creditors.

| Identity | Collateral | Amount Owed |
|---|---|---|
| Suntrust Bank | Blanket lien on all property including equipment, inventory, fixtures, cattle, accounts, contracts, general intangibles, and proceeds thereof | $8,525,122.00 Validity of lien and value of collateral to be determined |
| Various equipment lenders and lessors under financing leases | Farm equipment, tractors, loaders, and irrigation pivots | $620,000.00 |

   c. Amount of unsecured claims.

   Unsecured claims are estimated at $2,945,000.00 of which $430,561.00 is debt to insiders Grg Watts, Donnalee Watts, Norman Watts, David Kelbert, Michael Blesy, Michael Blesy II, Joe Riggs, Teresa Riggs, Swiss Haven Dairy, LLC.

7. General description and approximate value of the debtor's current and fixed assets.

| Description | Value |
|---|---|
| Real Estate including Improvements | $ 8,922,984.00 |
| Used Equipment Inventory | $ 939,400.00 |
| Cattle Inventory | $ 2,787,750.00 |
| Feed Inventory | $ 121,067.00 |
| Crop Inventory | $ 30,000.00 |

8. Number of employees and amounts of wages owed as of petition date.

Forty-five employees are owed approximately $32,000.00 in accrued salary as of the Petition Date, of which $3,000.00 is owed to insiders. These amounts relate to the current payroll period, as no back payments are due.

9. Status of the debtor's payroll and sales tax obligation, if application; and

While there is a balance due for past payroll taxes, no balance is owed for the current payroll period. Sales tax obligations are current.

10. Anticipated emergency relief to be requested within 14 days from the petition date.

The following Motions will be filed on the petition date for which immediate hearing is requested:

(a) *Emergency Motion for Interim Use of Cash Collateral*; (b) *Emergency Motion to Pay Prepetition Salaries, Wages, and Benefits*; (c) *Emergency Motion to Assume Executory Milk Stabilizer Contract and to Incur Related Ordinary Course Credit*.

The Cash Collateral Motion is especially exigent because the Debtor must immediately buy feed for the cows and it cannot do so without the use of its cash.

In addition to the above motions, the debtor expects to file a motion seeking a hearing less than twenty days from the petition date on a *Motion for Determination of Adequacy of Assurance of Payment to Utility Companies under 11 U.S.C Section 366*.

11. Other provisions.

None.

BRENNAN, MANNA & DIAMOND

Dated: August 9, 2010   /s/ **Robert Wilcox**
Robert D. Wilcox
Florida Bar No. 755168
Felecia L. Falana
Florida Bar No. 0022356
Brian N. Krulick
Florida Bar No. 0026339
800 West Monroe St.

Jacksonville, Florida 32202
Telephone: 904-366-1500
Facsimile: 904-366-1501
Email: rdwilcox@bmdpl.com
flfalana@bmdpl.com
bnkrulick@bmdpl.com

**PROPOSED ATTORNEYS FOR THE DEBTOR**