EXHIBIT A

|  |  |  |  | Totals |  |
|---|---|---|---|---|---|
|  |  |  | Milk production | 3,677,000 |  |
|  | Total Milk |  |  | $865,820 |  |
|  | Livestock sales |  |  |  |  |
|  |  | Cows - capitalized |  |  |  |
|  |  | Youngstock - capitalized |  |  |  |
|  | Total Livestock sales |  |  | $18,700 | *All heifer calves are raised to offset value of cull cows sold |
|  | Total Other |  |  |  |  |
| **Total Income** |  |  |  |  | **$884,520** |
|  | Feed |  |  |  |  |
|  |  | Scoular Grain |  | $141,714 |  |
|  |  | Western Hay |  | $53,893 |  |
|  |  | Commodity specialist |  | $15,500 |  |
|  |  | Jackson Farms |  | $25,457 |  |
|  |  | Lee Peanut Farm |  | $59,343 |  |
|  |  | Lakeland Animail Nutrition |  | $55,357 |  |
|  |  | Coastal Hay |  | $7,750 |  |
|  |  | Lacto Whey |  | $28,786 |  |
|  |  | Feed - Other |  | $45,000 |  |
|  | Total Feed |  |  |  | **$432,800** |
|  | Labor and Personnel |  |  |  |  |
|  |  | Benefits |  |  |  |
|  |  |  | Miscellaneous | $350 |  |
|  |  |  | Employee Housing | $300 |  |
|  |  |  | Managers auto allowance | $1,792 |  |
|  |  |  | Insurance |  |  |
|  |  |  | Uniforms |  |  |
|  |  |  | Benefits - Other |  |  |
|  |  | Total Benefits |  |  | **$2,442** |
|  |  | Taxes |  |  |  |
|  |  |  | FICA | $8,792 |  |
|  |  |  | Medicare | $2,093 |  |
|  |  |  | FUTA | $322 |  |
|  |  |  | SUTA | $50 |  |
|  |  | Total Taxes |  |  | **$11,256** |
|  |  | Wages |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | office | $3,260 | |
| | | | Managers | $11,584 | |
| | | | rolling stock repairs | $3,800 | |
| | | | Barn repair & maintenance | $5,720 | |
| | | | Calves | $7,206 | |
| | | | Cow Comfort | $18,260 | |
| | | | Milking Center | $36,002 | |
| | | | Feeders | $9,600 | |
| | | | Herd Health | $17,600 | |
| | | | | $0 | |
| | | | Composting/waste/misc | $10,800 | |
| | Total Wages | | | | **$123,832** |
| | Workers Compensation | | | | **$5,985** |
| Total Labor and Personnel | | | | | |
| Total Bedding | | | | | |
| Livestock | | | | | |
| | Vet Services | | | | |
| | | Veterinary Consulting | | $7,500 | |
| | | Vet herd work | | $2,500 | |
| | Total Vet Services | | | | |
| | Medicine/Health supplies | | | | |
| | | Hoof Trimming | | | |
| | | Medicine/Health supplies - Other | | $16,743 | |
| | Total Medicine/Health supplies | | | | |
| | Breeding | | | $3,628 | |
| | Milking/Parlor Supplies | | | $8,888 | |
| Total Livestock | | | | | **$39,259** |
| | Utilities | | | | |
| | Electric | | | $48,000 | |
| | Gas | | | $2,000 | |
| | Telephone/ Internet | | | $1,550 | |
| | Waste / Trash Removal | | | $0 | |
| Total Utilities | | | | | **$51,550** |
| Repairs | | | | | |
| | Building and improvments | | | $1,600 | |
| | Machinery and equipment | | | | |
| | | Milking Center repairs | | $4,400 | |
| | | Machinery | | $8,000 | |
| | Total Machinery and equipment repair | | | | |
| | | | | | |
| Total Repairs | | | | | **$14,000** |
| Rent and Lease | | | | | |
| | Livestock | | | $0 | |
| | Land | | | $10,000 | |
| | Machinery and Equip Lease | | | $19,113 | |
| Total Rent and Lease | | | | | **$29,113** |
| Professional Fees | | | | | |
| | Accounting | | | | |
| | Consulting | | | | |

| | | | | |
|---|---|---|---|---|
| | | Agronomist | $0 | |
| | | Ag Engineering | $0 | |
| | | Business | $6,000 | |
| | | Consulting - Other | $3,500 | |
| | Total Consulting | | | |
| | Legal Fees | | | |
| | Professional Fees - Other | | | |
| Total Professional Fees | | | | $9,500 |
| Insurance | | | | |
| | Auto and Vehicle Insurance | | $0 | |
| | Property & Liability | | $13,531 | |
| Total Insurance | | | | $13,531 |
| Fuel oil and gas | | | | $16,890 |
| Crops | | | | |
| | Chemicals | | | |
| | Seed, planting | | | |
| Total Cropping | | | | $33,750 |
| Milk Marketing | | | | |
| | Capital Retain | | | |
| | CWT Contribution | | | |
| | Co-op Dues | | | |
| | Milk Hauling | | | |
| | Promotion Assessment | | | |
| Total Milk Marketing | | | | |
| Other Expense | | | | |
| | Amortization Expense | | | |
| | Banking Fees | | | |
| | Administration | | | |
| | | Office supplies | | |
| | | | General Office Supplies | $800 |
| | | | Postage and Delivery | $600 |
| | | Total Office supplies | | $1,400 |
| | Total Administration | | | |
| | Custom Hire | | $3,750 | |
| | Miscellaneous | | | |
| | | Info. services DHIA..... | | |
| | | Donations | | |
| | | Dues and Subscriptions | | |
| | | Meals | | |
| | | Travel | $1,400 | |
| | | Miscellaneous - Other | | |
| | Total Miscellaneous | | | |
| | Taxes | | | |
| | | Vehicle Registrations | | |
| | | License/permits/fees | | |
| | | Property | | |
| | | Real Estate | | |
| | | Sales | | |
| | Total Taxes | | | |
| Total Other Expense | | | | $7,200 |

| Total Expense | | | $791,109 |
|---|---|---|---|
| Net Cash | | | $93,411 |
| | | | |
| Ending Cash | | | |
| | adequate protection SunTrust | 33,500 | |
| | adequate protection Others | 7,750 | |
| Ending Cash | | | $52,161 |