UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

FULL CIRCLE DAIRY, LLC                    CASE NO. 3:10-bk-06895-JAF
                                          CHAPTER 11

       Debtor.
_____/

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED HERETO.

DATED:   September 28, 2010

                          DONALD F. WALTON
                          United States Trustee, Region 21

                          /s/ Miriam G. Suarez
                          Miriam G. Suarez,  Trial Attorney
                          Florida Bar No.:  756105
                          Office of the United States Trustee
                          U.S. Department of Justice
                          135 W. Central Blvd., Suite 620
                          Orlando, FL 32801
                          Telephone No.:   (407) 648-6301, Ext. 126
                          Facsimile No.:   (407) 648-6323
                          Miriam.G.Suarez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Appointment of Committee of Creditors Holding Unsecured Claims and Exhibit "A" have been furnished by CM/ECF on September 28, 2010 to the attorney for the debtor, Robert Wilcox, 800 West Monroe Street, Jacksonville, FL 32202, and by e-mail to the members of the committee as set forth in Exhibit "A." Additionally, the members of the unsecured creditors committee listed on Exhibit "A" are being served by U.S. mail on September 28, 2010.

    /s/ Miriam G. Suarez
Miriam G. Suarez, Trial Attorney

Exhibit "A"
UNSECURED CREDITORS COMMITTEE
FULL CIRCLE DAIRY, LLC
3:10-bk-6895-JAF

BELL FARMS
c/o Calvin Bell
572 NW CR 270
Mayo, FL 32066
Telephone No.: 386-294-2416
Facsimile No.:   386-294-2416
E-mail: bellfarms1@windstream.net

THE SCOULAR COMPANY
c/o Brandon English
10801 Mastin Blvd., Bldg. 84, Ste. 800
Overland Park, KS 66210
Telephone No.: 913-696-9206
Fax No.: 913-696-9229
Email: benglish@scoular.com

DURANT & SCHOEPPEL
c/o Kevin Schoeppel
6550 St. Augustine Road, Suite 105
Jacksonville, FL 32217
Telephone No.: 904-652-2600
Facsimile No.: 904-652-2610
E-mail: mlewis@ds-law.net

TRI-COUNTY ELECTRIC
COOPERATIVE, INC.
c/o George Webb
2862 West US 90
Madison, FL 32340
Telephone No.: 850-973-2285
Fax No.: 850-973-1209
Email: gwebb@tcec.com

LAKELAND NUTRITION GROUP, LLC
c/o David Stephens
P.O. Box 1608
Eaton Park, FL 33840
Telephone No.: 863-682-4995
Fax No.: 863-686-9427
Email:d.stephens@lakelandnutritiongroup.com