UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 3:10−bk−06895−JAF
                                                          Chapter 11

Full Circle Dairy, LLC


_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING


   NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on December 20, 2010 at 2:30 p.m. , to consider and act upon the following matter:

   Motion for Authority to Use Cash Collateral and to Provide Adequate Protection filed by Debtor

   and transact such other business as may properly come before the hearing.

   1. The hearing may be continued upon announcement made in open Court without further notice.

   2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

   3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated December 9, 2010.

                               Lee Ann Bennett, Clerk of Court
                               300 North Hogan Street Suite 3−350
                               Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Debtor(s)' Attorney
   Trustee
   US Trustee
   Interested Parties