UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

FULL CIRCLE DAIRY, LLC,

Debtor.

Case No. 3:10-bk-6895 (JAF)

Chapter 11

## AGREED ORDER GRANTING DEBTOR'S MOTION TO OBTAIN SECURED CREDIT, DENYING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PURCHASE LIVESTOCK, AND FOR RELATED RELIEF

This case came before the Court for hearing on July 19, 2011 and July 26, 2011 upon the *Debtor's Motion to Obtain Secured Credit Pursuant to Section 364(d)(1) and Request for Grant of Priming Lien* (Docket No. 318, the "DIP Credit Motion") and the *Debtor's Emergency Motion for Authority to Purchase Livestock* (Docket No. 85, the "Livestock Motion"). The Court having considered the evidence presented or proffered and the arguments of counsel for the Debtor, SunTrust Bank, the Official Committee of Unsecured Creditors (the "Committee") and Damascus Peanut Company, Inc. at the July 19, 2011 hearing, and the further arguments of counsel for the Debtor, SunTrust Bank and the Committee at the July 26, 2011 hearings at which all parties consented to the relief sought, and the Court finding that the requirements of 11 U.S.C. Section 364(d)(1) are satisfied, it is **ORDERED**:

1. The DIP Credit Motion is **GRANTED**, as set forth herein.

2. The Debtor is authorized to enter into loan and security agreements with Damascus Peanut Company and/or SunTrust Bank in the form attached as Composite Exhibit "A".

3. Upon the execution of loan and security agreements consistent with this order, the Debtor is authorized to spend up to $1,250,000.00 of the proceeds of the Damascus Peanut Company secured credit facility to purchase additional livestock in a manner consistent with the

loan and security agreements, and the *Agreed Second Supplemental Order Authorizing Debtor's Interim Use of Cash Collateral and to Providing Adequate Protection* (Docket. No. 280) is modified accordingly.

4. The Livestock Motion is **DENIED**, as to the issues remaining before the Court after this Court's *Order Granting in Part Debtor's Motion for Authority to Purchase Livestock and Scheduling Final Evidentiary Hearing* (Docket No. 119). The Debtor shall release to SunTrust Bank the $100,000.00 of proceeds remaining from the Debtor's assumption and modification of its option and lease agreement with Damascus Peanut Company which funds shall be applied to the principal balance due on the SunTrust Cattle Note (as identified previously).

5. Counsel for the Debtor shall immediately serve a copy of this order on all persons listed on the Local Rule 1007-2 master mailing matrix parties-in-interest and shall file promptly thereafter proof of such service.

DATED this 6 day of September, 2011 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Respectfully submitted and agreed to:

/s/ ***Denise D. Dell-Powell*** *                      /s/ ***Robert Wilcox*** *
Denise D. Dell-Powell, Esq.                       Robert D. Wilcox
Florida Bar No. 0890472                           Florida Bar No. 755168
**BURR & FORMAN LLP**                             **BRENNAN, MANNA & DIAMOND, P.L.**
450 S. Orange Avenue, Suite 200                   800 West Monroe Street
Orlando, Florida 32801                            Jacksonville, FL 32202

2

Telephone: (407) 540-6607  
Facsimile: (407) 264-6466  
E-Mail: ddpowell@burr.com

**ATTORNEYS FOR SUNTRUST BANK**

Telephone: (904) 366-1500  
Facsimile: (904) 366-1501  
rdwilcox@bmdpl.com

**ATTORNEYS FOR DEBTOR**

/s/ *John T. Rogerson, III*\*  
John T. Rogerson, III  
Florida Bar No. 832839  
Jamie W. Olinto  
Florida Bar No. 85179  
**VOLPE, BAJALIA, WICKES,**  
**ROGERSON & WACHS**  
501 Riverside Avenue, 7th Floor  
Jacksonville, FL 32202  
Telephone:(904) 355-1700  
Facsimile: (904) 355-1797  
E-mail: jrogerson@vbwr.com  
jolinto@vbwr.com

\* The electronic signatures attached hereto have been authorized specifically by Denise D. Dell-Powell, Robert D. Wilcox and John T. Rogerson, III

**ATTORNEYS FOR OFFICIAL COMMITTEE**  
**OF UNSECURED CREDITORS**

Copies furnished to:  
Gregory A. Watts, Manager  
Full Circle Dairy, LLC  
1479 SE Winquepin Street  
Lee, Florida 32059

Robert D. Wilcox, Esq., Attorney for the Debtor  
Brennan, Manna & Diamond, PL  
800 West Monroe Street  
Jacksonville, FL 32202

SunTrust Bank  
c/o Denise D. Dell-Powell, Esq.  
Burr Forman LLP  
450 South Orange Avenue  
CNL Center 1, Suite 200  
Orlando, FL 32801

Official Committee of Unsecured Creditors  
c/o John T. Rogerson III, Esq.  
Volpe, Bajalia, Wickes, Rogerson & Wachs  
501 Riverside Avenue, 7th Floor

Jacksonville, FL 32202

Office of the United States Trustee
135 W. Central Boulevard
Room 602
Orlando, Florida 32801

Damascus Peanut Company
c/o/ S. Austin Peele, Esq.
Darby & Peele
Post Office Drawer 1707
Lake City, Florida 32056-1707